No. 265. WETHERBEE, ADMINISTRATRIX, *v.* ELGIN, JOLIET & EASTERN RAILWAY Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE

DOUGLAS are of the opinion the petition should be granted. *Lloyd T. Bailey* for petitioner. *Harlan L. Hackbert* for respondent.